LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   _____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (check Defendants against whom Complaint is made):
   ☐ C.R. Bard Inc.
   ☐ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   ☐ Diversity of Citizenship
   ☐ Other: _____
   ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):
    ☐ Recovery® Vena Cava Filter
    ☐ G2® Vena Cava Filter
    ☐ G2® Express (G2® X) Vena Cava Filter
    ☐ Eclipse® Vena Cava Filter
    ☐ Meridian® Vena Cava Filter
    ☐ Denali® Vena Cava Filter
    ☐ Other:_____

11. Date of implantation as to each product:

    _____

    _____

12. Counts in the Master Complaint brought by Plaintiff(s):
    ☐ Count I:    Strict Products Liability – Manufacturing Defect

– 2 –

☐ Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☐ Count III:    Strict Products Liability – Design Defect

☐ Count IV:     Negligence - Design

☐ Count V:      Negligence - Manufacture

☐ Count VI:     Negligence – Failure to Recall/Retrofit

☐ Count VII:    Negligence – Failure to Warn

☐ Count VIII:   Negligent Misrepresentation

☐ Count IX:     Negligence *Per Se*

☐ Count X:      Breach of Express Warranty

☐ Count XI:     Breach of Implied Warranty

☐ Count XII:    Fraudulent Misrepresentation

☐ Count XIII:   Fraudulent Concealment

☐ Count XIV:    Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:     Loss of Consortium

☐ Count XVI:    Wrongful Death

☐ Count XVII:   Survival

☐ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☐ Yes

☐ No

☐ Count II:     Strict Products Liability – Information Defect (Failure to Warn)

☐ Count III:    Strict Products Liability – Design Defect

☐ Count IV:     Negligence - Design

☐ Count V:      Negligence - Manufacture

☐ Count VI:     Negligence – Failure to Recall/Retrofit

☐ Count VII:    Negligence – Failure to Warn

☐ Count VIII:   Negligent Misrepresentation

☐ Count IX:     Negligence *Per Se*

☐ Count X:      Breach of Express Warranty

☐ Count XI:     Breach of Implied Warranty

☐ Count XII:    Fraudulent Misrepresentation

☐ Count XIII:   Fraudulent Concealment

☐ Count XIV:    Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:     Loss of Consortium

☐ Count XVI:    Wrongful Death

☐ Count XVII:   Survival

☐ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☐ Yes

☐ No

1    RESPECTFULLY SUBMITTED this          day of                          .

2

3                                         **LAW OFFICES OF BEN C. MARTIN**

4

5                              By:    _____

6

7

8

9

10                                        3710 Rawlins Street, Suite 1230

11                                        Dallas, TX  75219

12                                        Telephone: 214.761.6614

13                                        Facsimile: 214.744.7590

14

15                                        ***ATTORNEYS FOR PLAINTIFF***

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

_____